**U.S. DISTRICT COURT for the EASTERN DISTRICT OF TENNESSEE at CHATTANOOGA**

**JUDGMENT:** Case No. 1:25 cr 83 ___ USA v. Joseph Bowles Morrison

**PRESENT:** Honorable Travis R. McDonough ___ ☑ U.S. District Judge **OR** ☐ U.S. Magistrate Judge

| Charles Minor | Myrlene Marsa | Grant Baker |
|---|---|---|
| Assistant U.S. Attorney | Attorney for Defendant | Probation Officer |
| Courtney Camp | Libby White | |
| Courtroom Deputy | Court Reporter | Interpreter ☐ **SWORN** |

**PROCEEDINGS:** ☐ Plea agreement accepted by Court ☑ PSR guidelines are ☑ accurate ☐ as modified ☑ PSR SEALED

☑ Govt/Deft motion for downward departure: ☐ granted ☐ denied     Govt motion for third point reduction for acceptance of
upward departure: ☐ granted ☐ denied     responsibility ☑ granted ☐ denied
non-guidelines sentence: ☐ granted ☐ denied

☑ Deft speaks **OR** ☐ Deft declines to speak     Document(s) 34 and 36 ___ ☐ unsealed ☑ remain sealed

**TESTIMONY BY:** _____

☐ Exhibits attached to minutes     ☐ Exhibits in vault

**IMPRISONMENT:** 180 ___ **MONTHS on COUNT(s)** 1, to run concurrently with Hamilton Co. ___
General Sessions #s 1979232 through 1979241 ___

**SUPERVISED RELEASE/PROBATION:** 10 ___ **YEARS on COUNT(s)** 1 ___

**CONDITIONS OF SUPERVISED RELEASE/PROBATION:**

☐ report to Probation Officer w/in 72 hrs of release
☑ not commit another federal, state or local crime
☑ abide by standard conditions on Local Rule 83.10
☑ not possess a firearm or other destructive device
☑ not illegally possess or use a controlled substance
☑ participate in collection of DNA
☑ submit to search
☐ perform _____ hours of community service
☐ comply with any BICE deportation orders
☑ participate in program of mental health treatment/anger management and waive all rights to confidentiality regarding treatment
☑ comply with Local Rule 83.10 - Sex Offender Treatment

☐ pay any financial penalty due
☐ provide Probation Office w/access to any required financial info
☐ not incur new credit charges or open additional lines of credit
☐ no contractual agreements which obligate funds
☐ not be employed in position of trust
☐ participate in program of testing/treatment for drug/alcohol abuse
☐ wear electronic device and pay for service at prevailing rate
☐ maintain telephone w/out any special services or devices
☐ report to nearest probation office w/in 48 hrs of reentry in the U.S.

**OTHER CONDITIONS:** _____

☐ Court recommends deft receive 500 hours substance abuse treatment from the BOP's residential drug treatment program

**OTHER RECOMMENDATIONS:** sex offender treatment at BOP _____

**RESTITUTION:**

☐ Interest Waived     ☐ No further payment required after sum of amounts paid by all defts has fully covered compensable injury

**FINE:** _____ **OR** ☐ Waived     **SPECIAL ASSESSMENT:** $100 ___ ☑ Payment due immediately ☐ Interest waived

☑ Court waived fine due to deft's inability to pay     ☑ Deft informed of right to appeal     ☑ Remaining counts dismissed

Deft ☑ remanded to custody of U.S. Marshal ☐ remained in custody ☐ remained on bond

Deft to self-report on or before _____ at _____

Time: 2:04 ___ to 3:03 ___     Date: 7/24/2026 ___

3:13           3:38

Rev. 3/10